# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2019

SEAN F. McAVOY, CLERK

Robert Charles Curtis,

*Plaintiff*

v.

Commissioner of Social Security, et al.

*Defendant*

Civil Action No. 2:18-cv-00342-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  State of Oregon's Motion to Dismiss, ECF No. 5, is GRANTED.
Dep't of Human SVCS of WA and Unknown Employee of WA DHS's Motion to Dismiss, ECF No. 19, is GRANTED.
Defendants Social Security Administration et al.'s Rule 12(b)(1) Motion to Dismiss for Lack of Jurisdiction Over Civil Rights Claim and Defendants, ECF No. 21, is GRANTED.
Plaintiff's Complaint is DISMISSED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN  on a motions to Dismiss (ECF Nos. 5, 19 and 21).

Date: 02/01/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates