FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT CHARLES CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY, Social Security Acting Commissioner Berryhill; PORTLAND DIRECTOR OF SOCIAL SECURITY; UNKNOWN EMPLOYEE OF PORTLAND SOCIAL SECURITY; SPOKANE DIRECTOR OF SOCIAL SECURITY; DEPARTMENT OF HUMAN SERVICES OF OREGON; DEPARTMENT OF HUMAN SERVICES OF WASHINGTON; UNKNOWN EMPLOYEE OF WA DHS,<br><br>    Defendants. | No. 2:18-cv-00342-SAB<br><br>**ORDER DENYING RECONSIDERATION; CLOSING FILE** |

Before the Court is Plaintiff's Petition for Reconsideration, ECF No. 31. Plaintiff requests the Court reconsider its decision to dismiss this matter for lack of subject matter jurisdiction. ECF No. 28.

Motions for reconsideration are generally disfavored and are considered an "extraordinary remedy, to be used sparingly in the interest of finality and

**ORDER DENYING RECONSIDERATION; CLOSING FILE ^ 1**

conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). A motion for reconsideration "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).

Motions for reconsideration "may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." *Kona*, 229 F.3d at 890. Whether or not to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes and Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

The Court is not convinced reconsideration is appropriate. Accordingly, Plaintiff's motion is denied.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Petition for Reconsideration, ECF No. 31, is **DENIED**.

2. All remaining motions are **DISMISSED as moot.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and pro se plaintiff, and **close** the file.

**DATED** this 18th day of July 2019.



Stanley A. Bastian
United States District Judge

**ORDER DENYING RECONSIDERATION; CLOSING FILE ^ 2**